# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JEREMY J. JESSUP,

        Plaintiff,

v.

LARRY D. TAYLOR,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5063-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss is GRANTED. Complaint is DISMISSED WITHOUT PREJUDICE.

July 12, 2010
*Date*

JAMES R. LARSEN
*Clerk*

s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante